George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: March 25, 2009**

**Docket Number: 08   01021-WCA**

**DAVID BAILEY**
**VERSUS**
**AECOM**

**Appealed from Office of Workers' Compensation - # 2 Case No. 06-07889**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Bailey** has this day been

**GRANTED.**
Pickett, J., would deny.

Briefing is ordered by the Court.  The following briefing schedule is established and no extensions will be granted.

Appellant's brief is due on or before:  04/09/09
Appellee's brief is due on or before:   04/20/09

If any of you desire oral argument upon submission to the rehearing panel, such request must be made in writing on or before 04/08/09.  If a request is received timely, oral argument will be held on 4/29/09 at 11:00 A.M.

cc: James J. Hautot, Jr., Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**